UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES SMITH,<br>　　　　　　　　Plaintiff,<br>v.<br>HEIDI WASHINGTON, *et al.*,<br>　　　　　　　　Defendants.<br>_____/ | Case No. 24-12652<br><br>Jonathan J.C. Grey<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

### ORDER FOR DEFENDANTS MARIAN AND SMITH TO ANSWER COMPLAINT

Counsel for Defendants Russ Marian and Beverly Smith made his appearance in this case on December 30, 2024.  (ECF No. 7).  Defendants have not answered the complaint.  The Court, having reviewed Plaintiff's complaint, finds that Defendants may not waive filing a responsive pleading under 42 U.S.C. § 1997e(g).  These Defendants are **ORDERED** to answer the complaint **within 14 days** of this Order.

　　**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d).  A party may not assign as error any defect in this Order to which timely objection was not made.  Fed. R. Civ. P. 72(a).  Any objections are required to specify the part of the Order to which

the party objects and state the basis of the objection.  When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge.  E.D. Mich. Local Rule 72.2.

Date: January 3, 2025                              s/Curtis Ivy, Jr.
                                                   Curtis Ivy, Jr.
                                                   United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on January 3, 2025.

                                                   s/Sara Krause
                                                   Case Manager
                                                   (810) 341-7850