# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JAMES SMITH,

    Plaintiff,                       Case No. 24-12652
                                     Hon. Jonathan J.C. Grey
v.                                  Magistrate Judge Curtis Ivy, Jr.

HEIDI WASHINGTON et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 42)

Pro se plaintiff James Smith filed this 42 U.S.C. § 1983 lawsuit against defendants Heidi Washington, Russ Marian, Beverly Smith, Maribeth Zeller, and Carolynn Wilson, alleging that defendants violated his constitutional rights when unlawfully revoking his parole. (ECF No. 1). The Court previously dismissed James Smith's cause of action against defendants Zeller, Washington, Marian, and Beverly Smith due to his failure to prosecute. (*See* ECF No. 41.)

This matter comes before the Court on Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation dated August 29, 2025. (ECF No. 42.) In the Report and Recommendation, the Magistrate Judge recommends

that the Court grant defendants' motion for summary judgment as to Wilson based on James Smith's failure to exhaust his administrative remedies and deny it as moot with respect to the other defendants. (*Id.*) No party has filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn,* 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated August 29, 2025 (ECF No. 42) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that defendants' motion for summary judgment is **GRANTED** as to Wilson and **DENIED AS MOOT**

with respect to defendants Zeller, Washington, Marian, and Beverly Smith.

**IT IS FURTHER ORDERED** that, as all defendants have been dismissed from this cause of action, James Smith's cause of action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated: September 18, 2025

<u>s/Jonathan J.C. Grey</u>
JONATHAN J.C. GREY
UNITED STATES DISTRICT JUDGE

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 18, 2025.

**s/ S. Osorio**
Sandra Osorio
Case Manager